IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID DEJUAN WISE,           ) | |
|                              ) | |
|     Petitioner,              ) | |
|                              ) | CIVIL ACTION NO. |
| v.                           ) | 2:13cv636-MHT |
|                              ) | (WO) |
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|     Respondent.              ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of October, 2013.

                                    /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**